IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUNDS, ET AL )<br><br>Plaintiff(s), )<br><br>vs. )<br><br>ROSEMARY BONNER, ET AL )<br><br>Defendant(s) ) | Civil Action No.: 05-0438-BH-M |

**ORDER**

This matter is before the Court on Defendants' Motion (Doc. 22) for a Hearing and Stipulation (Doc. 24) for Dismissal of Plaintiffs. Defendants have come to an agreement regarding the disbursement of the funds at issue. As per the Order (Doc. 16-22) of the United States District Court, Northern District of Illinois, the $40,000 to be paid out by Plaintiffs pursuant to the life insurance policy of Clarence L. Bonner, Jr. has been deposited in the registry of this court in a non-interest bearing account. On August 25, 2005, the Court held a Pro Ami Settlement Hearing and is satisfied that Defendants' proposed settlement is appropriate.

Therefore, Defendants' Joint Stipulation (Doc. 24) of Dismissal of Plaintiffs as parties to this action is **hereby GRANTED** as it is undisputed that they have satisfied any and all obligations owed. Furthermore, Defendants' proposed settlement is accepted by the Court and this matter is **hereby DISMISSED with prejudice**. Pursuant to the settlement agreement, the $40,000 in life insurance proceeds now in the registry of this court is to be disbursed in the following manner:

1) **TEN THOUSAND DOLLARS AND ZERO CENTS ($10,000.00)** to be paid directly to

James A. Johnson on behalf of Rosemary Bonner, Gabrielle Bonner, Giselle Bonner and Darrell Bonner.

2)  **FOUR THOUSAND SIX HUNDRED THREE DOLLARS AND SIXTY CENTS ($4,603.60)** shall be paid directly to W. BRADFORD KITTRELL, Esquire, for his expenses and fees in his representation of all the plaintiffs. This constitutes FIFTEEN PERCENT (15%) of the total settlement amount in fees and $103.60 in expenses.

3)  The remaining amount of the settlement funds, **TWENTY FIVE THOUSAND THREE HUNDRED NINETY SIX DOLLARS AND FORTY CENTS ($25,396.40),** shall be held in the Court's registry, in an interest bearing account, and disbursed to Clarencia Bonner, upon her nineteenth birthday.  If she seeks access to these funds prior to her nineteenth birthday, she must petition the Court to do so.

**So ORDERED**, this 6th day of September, 2005.

                                                                    s/W. B. Hand
                                                SENIOR DISTRICT JUDGE